1  STEPHEN H. DYE (SBN 104385)
     e-mail: sdye@schnader.com
2  RICHARD J. MAY (SBN 234684)
     e-mail: rmay@schnader.com
3  SCHNADER HARRISON SEGAL & LEWIS LLP
   650 California Street, 19th Floor
4  San Francisco, California 94108-2736
   Telephone: (415) 364-6700
5  Facsimile: (415) 364-6785

6  Attorneys for Defendant
   FORD MOTOR COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEE BARONI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-00733-JAM-AC<br><br>[PROPOSED] ORDER GRANTING STAY PENDING DETERMINATION OF TRANSFER FOR COORDINATION WITH MULTIDISTRICT LITIGATION<br><br>Complaint Filed:　March 1, 2018<br>Trial Date:　　　　None Set |

[PROPOSED] ORDER GRANTING STAY, et al.

Before the Court is ex parte motion of defendant Ford Motor Company to stay proceedings until the Judicial Panel on Multidistrict Litigation (JPML) decides whether to transfer this action to the Central District of California for inclusion in *In re: Ford Motor Co. DPS6 PowerShift Transmission Products Liability Litigation*, MDL No. 2814 (the MDL).

Good cause appearing, the Court GRANTS defendant's ex parte motion. This case is STAYED pending a final decision by the JPML whether to transfer this case for inclusion in the MDL. All filing deadlines and hearing dates are VACATED.

IT IS SO ORDERED.

Dated: 4·18·2018

_____
THE HONORABLE
United States District Judge

1

[PROPOSED] ORDER GRANTING STAY, et al.